| | |
|---|---|
| **Procurator General's Office**<br>**of the Russian Federation** | Ms. Mary Ellen Warlow<br>Director<br>Office of International Affairs |
| 15A Bolshaya Dmitrovka<br>Moscow, GSP-9, 101999, Russia | U.S. Department of Justice |
| .02.2005  Our ref. 35\2-372-05 | 1301 New York Ave. NW<br>Washington, D.C. 20005 |

Dear Ms. Warlow,

The Procurator General's Office of the Russian Federation presents its compliments to the Department of Justice of the United States of America and, pursuant to the Treaty on Mutual Legal Assistance in Criminal Matters of 06/17/99, has the honour to request international legal assistance in criminal matter No. 234, instituted under art. 171, part 2, para "a" and "b" of the Criminal Code of the Russian Federation (Unlawful entrepreneurship).

The performance of the investigative actions in the territory of the United States is necessary in order to ensure the preliminary investigation being thorough.

Simultaneously, I kindly ask you to allow the following officers of the Investigative Committee at the Ministry of the Interior of Russia - Anatoly Aleksandrovich SHEVLYAKOV, Deputy Division Chief, Justice Colonel, and Igor Vladimirovich YAKOVLEV, Senior Investigator for Major Cases, Justice Lieutenant Colonel, to be present during the performance of the investigative actions.

Given your consent together with the date place of execution of the request, the Procurator General's Office of the Russian Federation will forward to you the background and personal data of the persons commissioned.

The Procurator General's Office of the Russian Federation guarantees that the information and documents obtained during the course of execution of the request will be used for the purposes of the investigation only in order to ensure it being thorough, comprehensive and impartial and will not cause any harm to the sovereignty, security and public order of the United States of America.

The Procurator General's Office of the Russian Federation thanks you in advance for your cooperation and confirms its readiness to provide similar or other kind of legal assistance in criminal matters to the law-enforcement agencies of the United States of America.

Enclosure: international request for legal assistance on 70 pages.

Chief
International Law Department                                    R.A. Adelkhanyan

Translated into English by O.

*Translation from Russian*

**MINISTRY OF THE INTERIOR
OF THE RUSSIAN FEDERATION
(MIA OF RUSSIA)
INVESTIGATIVE COMMITTEE
ATTACHED TO THE MIA OF RUSSIA
Russia, 125009 Moscow, Gazetny per., 6**

TO THE COMPETENT BODIES
OF THE UNITED STATES OF AMERICA

**International Letter of Request
for Legal Assistance in a criminal case**

The Investigative Department of the Investigative Committee attached to the Ministry of the Interior of the Russian Federation is investigating criminal case № 234 dealing with unlawful entrepreneurship carried out by unidentified persons on behalf of OOO "CM-Tekhno" (Moscow). This criminal case was initiated on June 18, 2004 in accordance with points "a" and "b" part 2 Article 171 of the Criminal Code of the Russian Federation, the full text of which is enclosed to this Letter of Request.

**Circumstances of the case**

In March 2002 with the aim of fulfilling unlawful activity the unidentified persons acting on behalf of directors of OOO "CM-Tekhno" (company with limited liability, legal address: Moscow, Nagatinskaya Naberezhnaya, 12-4, building 2) received in the state institution "Federal licensing center attached to Gosstroy of Russia" (further - FLC) two licenses for construction of buildings with levels of responsibility 1 and 2 according to state standard. In the process of acquiring these licenses they deliberately presented false information about the qualification and professional qualities of the management and specialists and the condition of the technical base of the society.

Thus, with the aim of acquiring the license the falsified qualification certificate of the Moscow association of ecological education № 1-flts\95 in the name of Director General of OOO "CM-Tekhno" Saaev C.V. was presented to FLC, affirming his knowledge and experience in the field of ecological and technogenic/industrial aspects of construction and exploitation and usage of city areas.

### Information on organizations related to the case

OOO "CM-Tekhno" was registered in the Moscow Registration Chamber on July 31, 2001 with nominal/registered capital amounting 10.000 rubles, the company promoter being OOO "Latinor Service". OOO "CM-Tekhno" does not have on its staff the appropriate specialists in the field of construction. There is no transport vehicles and construction equipment on its balance. In the period of 2002 - 2003 the salary for the employees was not calculated, other payments to the physical persons were not made. Nevertheless acting on behalf of director of OOO "CM-Tekhno" Saaev S.V. the unidentified persons presented to FLC falsified documents about the qualification of the managing staff of OOO "CM-Tekhno" in the field of construction, and also about the presence on the balance of the society of autocrane, tower crane and other construction equipment. Moscow inhabitant Saaev S.V. has never worked in OOO "CM-Tekhno", and has no relations with the society.

Besides, in the course of 2002-2003 different commercial structures transferred to the account of OOO "CM-Tekhno" about 900 millions rubles, which then were transferred through AO "MULTIBANKA" (Latvia) to the accounts of the companies "NORWOOD COMMERCE Limited" (Great Britain), 186 Hammersmith Road, London W67DJ Reg. ▓▓▓▓ and "VENTURRA LTD" (USA), Suite 606, 1220 N.Market Street Wilmington, De 19801, County of New Castle, USA, Reg. number ▓▓▓▓ Multibanka Vecpilsseta branch, Riga, Latvia SWIFT ID: ▓▓▓▓ account: ▓▓▓▓ "Remalk Investments Limited" (29A Annis Strett, Nikosia, Cyprus; "Amicon Estates Limited", 29A Annis Rjmninis Strett, Nikosia, Cyprus; "Avlem Communications Limited", Annis Komminis 294 Nicosia, Cyprus Reg. No.Mel ▓▓▓▓ LTD; registered in the offshore zones, as if for consulting services. In the result of the accomplished economic operations the money means received in the course of illegal activities on the formal-legal grounds were transferred to the accounts of the organizers-importers and then abroad. Large sums of money means were transferred to the accounts of the organizations-importers by the 3AO "SpetsVysotStroy" (121108, Moscow, Gerasim Kurin str., 10, building 2, co-founder and manager - Zolotukhin Konstantin Valerjevich). 161 591 948,75 rubles were transferred during the period from 29.07.2002 to 06.06.2003 as a payment according to the turnkey contract for execution of work and contracts for providing advertising services.

Transfers of money means to the settlement accounts of the foreign juridical persons in the Latvian bank AO "MULTIBANKA" were regularly accomplished by the companies-importers from the settlement accounts in OOO Commercial Bank "Severny Morskoy Put", Moscow:

- **OOO "INERT"** (████ Moscow, Olkhovskaya str., 45-1, Director General - Gavrilin Alexandr Gennadjevich): during the period from 23.12.2002 to 22.08.2003 67 financial operations were accomplished totaling 605 382 347,50 rubles (including 23 financial operations during the period from 16.05.2003 till 22.08.2203 totaling 274 396 730,00 to the address of the company "VENTURRA LTD", USA);
- **OOO "CM-TEKHNO"** (████, Moscow, Nagatinskaya Naberezhnaya, 12-4, building 2): during the period from 26.07.2002 to 22.08.2003 147 financial operations were accomplished totaling 927 615 256, 00 rubles (including: during the period from 26.07.2002 till 27.12.2002 64 financial operations totaling 268 368 027,50 rubles to the address of the company "VENTURRA LTD", USA; during the period from 16.05.2003 till 22.08.2003 one financial operation totaling 252 036 551,00 to the address of the company "VENTURRA LTD", USA);
- **OOO "GROUP STIL"** (████ Moscow, Skladochnaya str., 1, building 17, office 27, Director General - Muravjev Andrey Anatoljevich): during the period from 08.01.2003 to 22.08.2003 63 financial operations were accomplished totaling 498 416 937,50 rubles (including: during the period from 16.05.2003 till 22.08.2003 19 financial operations totaling 250 556 850,00 rubles to the address of the company "VENTURRA LTD", USA);
- **OOO "VECTOR-STIL"** (████, Moscow, Borisovskie prudy str., 16-4, Director General - Novikov Alexey Gennadjevich): during the period from 14.03.2003 till 22.08.2003 18 financial operations were accomplished totaling 173 044 075, 00 rubles (including: during the period from 19.05.2003 till 22.08.2003 9 financial operations totaling 123 307 450,00 rubles to the address of the company "VENTURRA LTD", USA);
- **OOO "Orphey Aliance"** (████, Moscow, Ordzhonikidze str., 11, building 1\2, Director General - Kurlov Vladimir Pavlovich): during the period from 23.12.2002 to 22.08.2003 23 financial operations were accomplished totaling 181 824 937,50 rubles (including: during the period from 21.05.2003 till 22.08.2003 - 12 financial operations totaling 102 321 650,00 to the address of the company "VENTURRA LTD", USA).

On the whole during the period from 26.07.2002 to 22.08.2003 these organizations transferred to the same foreign companies money means totaling 2 386 263 553,50 rubles.

**Requested actions on the territory of the United States of America**

For the purpose of a comprehensive, full and impartial pre-trial investigation and of further hearing of this criminal case in court there arose the necessity of executing investigative actions on the territory of the United States of America.

By virtue of the Treaty between the Russian Federation and the United States of America on mutual legal assistance in criminal matters of ▮▮▮▮ I would like to ask you:

1. To identify and interrogate as witnesses to the case:
- director of the company "VENTURRA LTD" (Suite 606, 1220 N.Market Street Wilmington, De 19801, County of New Castle, USA, Reg. number ▮▮▮▮ Multibanka Vecpilsseta branch, Riga, Latvia, SWIFT ID: ▮▮▮▮ account: ▮▮▮▮ Ulf Rosenhult and to ask him the following questions:
  - from what time is he the head of this company;
  - what can he say about the activity of the company "VENTURRA LTD"?
  - what does he know about the companies OOO "CM-Tekhno" (▮▮▮▮ Moscow, Nagatinskaya Naberezhnaya, 12-4, building 2); 3AO "SpetsVysotStroy" (Moscow, Gerasim Kurin str., 10, building 2); OOO "Inert" (▮▮▮▮ Moscow, Olkhovskaya str., 45-1); OOO "Vector-Stil" (▮▮▮▮, Moscow, Borisovskie prudy str., 16-4); OOO "Group Stil" (▮▮▮▮ Moscow, Skladochnaya str., 1, building 17, office 27); OOO "Orphey Aliance" (▮▮▮▮ Moscow, Ordzhonikidze str., 11, building 1\2) and is he acquainted with their managers?
- to submit to him contracts: No. 15 of 12.03.2003, No.13 of 03.03.2003.
- to ask for his explanations about these contracts;
- did he put his signature in the column the "Executor" on behalf of director of the company "VENTURRA LTD" in the following documents:
  - acceptance of services certificate of May 12, 2003, under contract 15 of 12.03.2003 totaling 65 932 600 rubles;
  - acceptance of services certificate of June 16, 2003, under contract 15 of 12.03.2003 totaling 36 389 700 rubles;
  - acceptance of services certificate of July 21, 2003, under contract 15 of 12.03.2003 totaling 42 000 000 rubles;
  - acceptance of services certificate of May 16, 2003, under contract 12 of 08.04.2003 totaling 95 000 000 rubles;
  - acceptance of services certificate of June 18, 2003, under contract 12 of 08.04.2003 totaling 83 000 000 rubles;
  - acceptance of services certificate of July 15, 2003, under contract 12 of 03.03.2003 totaling 72 556 850 rubles;
  - acceptance of services certificate of May 12, 2003, under contract 13 of 03.03.2003 totaling 40 761 200 rubles;
  - acceptance of services certificate of June 02, 2003, under contract 13 of 03.03.2003 totaling 80 500 000 rubles;
  - acceptance of services certificate of July 02, 2003, under contract 13 of 03.03.2003 totaling 26700000 rubles;

- acceptance of services certificate of July 11, 2003, under contract 13 of 03.03.2003 totaling 58 000 000 rubles;
- acceptance of services certificate of August 01, 2003, under contract 13 of 03.03.2003 totaling 126485100 rubles;
- acceptance of services certificate of April 29, 2003, under contract 14 of 12.03.2003 totaling 70708100 rubles;
- acceptance of services certificate of May 30, 2003, under contract 14 of 12.03.2003 totaling 52599350 rubles;

- who put the signatures in the column the "Customer" in the above mentioned documents;
- does he know the following citizens of the Russian Federation:
  - KURLOV Vladimir Pavlovich (Director General of OOO "Orphey Aliance"), Muravjev Andrey Anatoljevich (Director General of OOO "Group Stil"), Gavrilin Alexandr Gennadjevich (Director General of OOO "Inert"), Novikov Alexey Gennadievich (Director General of OOO "Vector-Stil"), Zolotukhin Konstantin Valerjevich (manager of 3AO "SpetsVysotStroy")?
- to whom were transferred or passed the money means that they received?
- what does he know about the companies "NORWOOD COMMERCE LIMITED" (Great Britain), "REMALK INVESTMENTS LTD" (Cyprus), AMICON ESTATES LTD" (Cyprus), "AVLEM COMMUNICATIONS LTD" (Cyprus)?
- what does he know about the transfer of money means by the company "VENTURRA LTD" (USA) to the company "NORWOOD COMMERCE LIMITED" in the above mentioned period of time? By whose orders were they carried out?

2. To get specimens of signatures of Ulf Rosenhult.

3. To perform a seizure of the basic instruments of the company "VENTURRA LTD" (USA).

4. To get from the company "VENTURRA LTD" (USA) the certified copies of the payment documents certifying the transfer of money means to the company "NORWOOD COMMERCE LTD" during this period.

The answers should be put down in written form with the signatures of the witness and the official who conducts the questioning. If the witness refuses to sign the document it is necessary to indicate the reason in writing.

In order to coordinate the work on this request I would ask you to consider the question about the presence during the realization of the following investigation measures of the following persons: deputy head of the department of the

Investigative Committee attached to the MIA of Russia colonel of justice Shevljakov Anatoly Alexandrovich and senior investigator of cases of major importance of the Investigative Committee attached to the MIA of Russia lieutenant-colonel of justice Yakovlev Igor Vladimirovich.

I would ask you to send the results of executing this Letter of Request to the Investigative Committee attached to the MIA of Russia. In case of any delay in executing the request and also in case of the complete or partial refusal to render legal assistance, please, immediately inform the Russian side about it through Interpol channels according to Article 19 of the European Convention of 1959.

The information presented in this Letter of Request is confidential and is intended only for restricted use to keep the secret of investigation. From our part, we guarantee that the information obtained as a result of the execution of this Letter of Request will not be passed to the third parties and will not be used for any other purpose save the interest of investigation of the criminal case and its hearing in court.

Using the opportunity, let me express you our highest esteem and our readiness to render mutual legal assistance in compliance with the above mentioned Convention.

Our address: Russia, 125009, Moscow, Gazetny, 6
Telephone: +7 (095) 222-47-41
Fax: +7 (095) 222-30-08

Annex: 1. Extract from the Criminal Code of the Russian Federation.
2. Contracts No. 15 of 12.03.2003, No. 12 of 08.040 2003, No.13 of 03.03.2003, No.14 of 12.03.2003.
3. Acceptance of services certificates: of 12.05.2003 totaling 65 932 600 rubles; of 16.06.2003 totaling 36 389 700 rubles; of 21.07.2003 totaling 42 000 000 rubles; of 16.05.2003 totaling 95 000 000 rubles; of 18.06.2003 totaling 83 000 000 rubles; of 15.07.2003 totaling 72 556 850 rubles; of 12.05.2003 totaling 40 761 200 rubles; of 02.06.2003 totaling 80 500 000 rubles; of 02.07.03 totaling 26 700 000 rubles; of 11.07.2003 totaling 58 000 000 rubles; of 01.08.2003 totaling 126 485 100 rubles; of 29.04.2003 totaling 70 708 100 rubles; of 30.05.2003 totaling 52 599 350 rubles.
4. Resolutions for getting of specimens of signatures for comparative examination.
5. Resolution for execution of seizure.

Senior Investigator

of Cases of Major Importance
of the Investigative Committee
attached to the MIA of Russia
Lieutenant-colonel of justice                                            I.V. Yakovlev
                                                                          (signature)

The seal of the Investigative Department of the Investigative Committee of the MIA of Russia.